**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**DARRYL WHITE**,

      **Plaintiff**,

v.                                        **Case No. 3:26-cv-806-TKW-ZCB**

**CITY OF FORT WALTON**
**BEACH, et al.**,

      **Defendants**.

_____/

## ORDER

Based on the amended complaint (Doc. 12) filed as a matter of course under Fed. R. Civ. P. 15(a)(1)(B), it is **ORDERED** that:

1.    Defendants' motion to dismiss the original complaint (Doc. 8) is **DENIED** as moot.

2.    Defendants have 14 days from the date of this Order to answer or otherwise response to the amended complaint.

**DONE and ORDERED** this 7th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**