# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**DARRYL WHITE**,

    **Plaintiff**,

**v.**                                                   **Case No. 3:26-cv-806-TKW-ZCB**

**CITY OF FORT WALTON
BEACH, et al.**,

    **Defendants**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Plaintiff's consented motion for extension of time (Doc. 15), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff has until May 22, 2026, to respond to Defendants' motion to dismiss.

**DONE and ORDERED** this 5th day of May, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**